UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES HERNANDEZ, | ) | NO. ED CV 12-0209 FMO |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Court's Order of October 12, 2012, the parties' Joint Stipulation was due on or about November 29, 2012. It appears from the record that the Joint Stipulation has not been filed as required by the Court's Order of October 12, 2012.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **December 27, 2012,** plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to prosecute this action. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.[1] In particular, plaintiff's declaration must address why the Joint Stipulation has not been filed, even though it was due five days ago.**

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

**If plaintiff contends that defendant is somehow responsible for the failure to file the Joint Stipulation, plaintiff shall explain why he has not filed a motion for sanctions or otherwise brought defendant's failure to comply with the Court's Order of October 12, 2012, to the attention of the court.  Failure timely to file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute.**

Filing of the Joint Stipulation shall be a satisfactory response to the Order to Show Cause.  However, absent exceptional circumstances, no extensions will be granted for the filing of the Joint Stipulation.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge